IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF COPYCAT4111@ICLOUD.COM THAT IS STORED AT PREMISES CONTROLLED BY APPLE, INC. | Case No. 4:21 MJ 5128 NAB |

## ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS

This matter comes before the Court pursuant to a motion by the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jillian Anderson, Assistant United States Attorney for said District, requesting the unsealing of the search warrant(s) along with its affidavit, application and return and other related documents.

IT IS ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed, be unsealed.

_____
HONORABLE NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this __8th__ day of November, 2021.